| Order Form (01/2005) | United States District Court, Northern District of Illinois | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 11 C 50052 | DATE | 3/15/2011 |
| CASE TITLE | Dellace Holten, Jr. vs. Aurthor Loevy of Loevy & Loevy, et al. | | |

**DOCKET ENTRY TEXT:**

For the reasons stated below, the court grants the motion to proceed in forma pauperis, dismisses the entire complaint, denies the request for appointment of counsel as moot and dismisses this cause in its entirety.

*Philip G. Reinhard*

■ [ For further details see text below.]   Notices mailed by Judicial staff.

### STATEMENT - OPINION

Plaintiff, Dellace Holten, filed pro se a complaint pursuant to 42 U.S.C. § 1983 against the Ogle County State's Attorney, the Dekalb County State's Attorney, and other private attorneys. While the allegations of the complaint are somewhat convoluted, they appear to relate to matters arising out of a separate lawsuit (02 C 50201) in which plaintiff is also the plaintiff, which was filed in 2002, and which is currently pending before Magistrate Judge Mahoney.[1] Further, the prayer for relief in the present case asks that plaintiff be allowed to "add new counts" related to a "cover-up" in his "civil case pending" due to the alleged missing or destroyed evidence in his pending case.

Initially, the court grants plaintiff's request to proceed in forma pauperis (IFP). Based on his financial affidavit, he arguably has established he is unable to prepay the filing fee. See 28 U.S.C. § 1915(a)(1).

Because plaintiff has been allowed to proceed IFP, the court must conduct a review of his complaint pursuant to 28 U.S.C. § 1915(e)(2). Section 1915(e)(2)(B) provides for dismissal of any claim that is frivolous, malicious, or fails to state a claim on which relief may be granted.

Pursuant to its review under § 1915(e)(2), the court dismisses the entire complaint because it seeks relief that is directly related to a pending case. Plaintiff cannot use the filing of a separate lawsuit to effectuate the addition of new claims in his pending civil case. To the extent he can obtain the type of relief he seeks, he must do so within the confines of that case.[2]

For the foregoing reasons, the court grants the motion to proceed in forma pauperis, dismisses the entire complaint, denies the request for appointment of counsel as moot, and dismisses this cause in its entirety.

---

1. This case was originally assigned to Judge Reinhard but was subsequently reassigned to Judge Kapala upon his appointment as a United States District Judge and, in turn, assigned to Magistrate Judge Mahoney pursuant to consent of the parties.

2. The court is in no way suggesting that such relief is available to plaintiff at this late stage of his pending lawsuit, that is matter for Magistrate Judge Mahoney to decide should plaintiff choose to seek such relief in that case.